J-S64019-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JARAY PELIER | : | |
| | : | |
| Appellant | : | No. 284 MDA 2017 |

Appeal from the Judgment of Sentence December 19, 2016
In the Court of Common Pleas of Lackawanna County Criminal Division at
No(s):  CP-35-CR-0002461-2015

BEFORE:   PANELLA, J., SHOGAN, J., and FITZGERALD,[*] J.

CONCURRING AND DISSENTING STATEMENT BY FITZGERALD, J.:

**FILED DECEMBER 08, 2017**

While I agree with the majority's disposition of Appellant's claims, I am of the view that the term "prison," as used in 18 Pa.C.S. § 5123, does not include a police headquarters.  Although a police station may contain temporary detention facilities, it is not a facility for housing persons convicted of crime or awaiting trial.  ***Cf. Commonwealth v. Clark***, 761 A.2d 190, 193 (Pa. Super. 2000) (holding that police station is a "detention facility" for the purposes of aggravated harassment by a prisoner). Therefore, I respectfully concur in part and dissent in part.

_____

[*] Former Justice specially assigned to the Superior Court.